IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ASHFORD**
ADC #133975                                                                       PLAINTIFF

v.                                          No. 4:22-cv-196-DPM

**TINA DEEN**, Commissary Business Manager,
Tucker Max Unit, ADC and **JAMES SHIPMAN**,
Head Warden, Tucker Max Unit, ADC                                    DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, *Doc. 12*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Ashford's excessive force and corrective inaction claims go forward. All his other claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 June 2022