IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES ASHFORD                                                         PLAINTIFF
ADC #133975

v.                              No: 4:22-cv-196-DPM

TINA DEEN, Commissary Business Manager,
Tucker Max Unit, ADC and JAMES SHIPMAN,
Head Warden, Tucker Max Unit, ADC                                    DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Ashford hasn't updated his address; his mail is still being returned undelivered. *Doc. 25 & 26.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Ashford's motion for injunctive relief, *Doc. 18,* is denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2022