IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES ASHFORD                                                    PLAINTIFF
ADC #133975

v.                          No: 4:22-cv-196-DPM

TINA DEEN, Commissary Business Manager,
Tucker Max Unit, ADC and JAMES SHIPMAN,
Head Warden, Tucker Max Unit, ADC                                  DEFENDANTS

## JUDGMENT

Ashford's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2022